# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

**Michael Morgan, et al,** )
      Plaintiffs, )
      V. )
      ) Case No. 4:11CV00396 CAS
**Midwest Neurosurgeons, LLC, et al,** )
      Defendants. )

## ORDER

The above-styled case was filed in the Eastern Division of this court on March 3, 2011, and assigned to the Honorable Charles A. Shaw. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11cv00037 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11cv00396 CAS is hereby administratively closed. Judge Shaw's name will be replaced for future assignment.

Dated this 4th day of March, 2011.      JAMES G. WOODWARD
                                                        CLERK OF COURT

                                                        By: /s/ Karen Moore
                                                        Deputy Clerk

Please refer to Case No. **1:11cv00037 SNLJ** in all future matters concerning this case.